## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

RONNIE MORGAN                                                                PLAINTIFF

v.                                                                No. 4:25-cv-123-BJB

ATMOS ENERGY CORPORATION, ET AL.                                            DEFENDANTS

\* \* \* \* \*

### MEMORANDUM OPINION & ORDER

*Pro se* plaintiff Ronnie Morgan has moved for a temporary restraining order and preliminary injunction that would prevent Defendant Atmos Energy from "[l]eaving these pipelines abandoned underneath my property filled with cement." DN 31 at 1. Atmos has now responded in opposition, attaching a sworn declaration from Atmos Operations Manager Stuart Schulz that no portion of any pipeline on Morgan's property will be filled with cement (DN 33 at 1, 5-6). Given this declaration and Atmos's arguments in opposition, the Court believes it unlikely that Morgan can establish success on the merits or irreparable harm. Both showings would be necessary—at least to some extent—for Morgan to obtain either a temporary restraining order or a preliminary injunction. *See Winter v. Natural Resources Defense Council*, 555 U.S. 7, 20 (2008).

But before making a final ruling, the Court will allow Morgan an opportunity to reply with any other reasons or facts that might justify preliminary relief. He must file any such reply no later than July 2 at 5:00 p.m. Otherwise, the Court will deny his motion. Any decision about this preliminary relief does not affect the disposition of Morgan's underlying claims in the amended complaint, which remain pending.

1